[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12876

Non-Argument Calendar

_____

SHERMAN LEE RIDLEY,

                                                    Petitioner-Appellant,

*versus*

JOHNSON SP WARDEN,

                                                    Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-03787-SEG

_____

Before ROSENBAUM, LAGOA, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Sherman Ridley, a state prisoner proceeding *pro se*, appeals the district court's May 30, 2023, final order and judgment. The statutory time limit required him to file a notice of appeal on or before June 29, 2023, 30 days after the district court entered its judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). The notice of appeal, deemed filed on August 25, 2023, the date he delivered it to prison officials for mailing, is therefore untimely, and we lack jurisdiction. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.